ERVEY SEGURA
TDCJ #1763649
RT 2, BOX 4400
GATESVILLE, TEXAS 76597

August 21, 2015

1240-CR

Fourth Court Of APPEALS
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Re: #1990395336 POLICE REPORT

Appelate Court Clerk,

I am writing in reference to the above numbered and styled cause. I recently purchased my Trial Transcripts and there was no copy of my Police Reports.

I know this report is part of the Record, But I guess it was not introduced during trial as evidence. I am writing you to find out what the cost will be for me to purchase my Police Reports from you. I am in desperate need of this Report in order to adequately procure my Appeal.

Thank you in advance for your attention to my letter. I look forward to your prompt response in hopes that it will include the requested information. I'd already wrote the Trial Court Clerk and was told they don't have said Report.

Sincerely,

Ervey Segura

Ervey Segura #1763649

C.C.: File

FOREVER USA 2017

PURPLE HEART

Erney Segura #1763649
RT 2 Box 4400
Gatesville, TX 76597
Hughes Unit.

AUSTIN TX 787
RIO GRANDE DISTRICT
25 AUG 2015 PM 31

LEGAL MAIL
Fourt Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205

78205513000

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG 27 PM 1:26

Keith E. Hottle
KEITH E. HOTTLE, CLERK